In the Matter of the Arbitration between CORNELIUS O'CONNELL, as President of Local 584 of the International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, A. F. of L., Respondent, and BABYLON MILK & CREAM CO., INC., Appellant.—

Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *post*, p. 857.]

JABBAR SHAHLA, Respondent, v. ANTHONY J. BITTSON, Appellant. ASGHAR F. POUR, Respondent, v. ANTHONY J. BITTSON, Appellant. ASGHAR B. CHAICHI, Respondent, v. ANTHONY J. BITTSON, Appellant. MOHAMMADALI DASMALCHI, Respondent, v. ANTHONY J. BITTSON, Appellant.—

Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BROSNAN, THOMAS CARLUCCI and LOUIS RODRIGUEZ, Appellants, et al., Defendants.— No opinion. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ.